No. 76–987. BAKER, DBA ROSS BAKER TOWING *v.* MARSHALL, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 76–990. JACOBSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–994. ABDUSH-SHAHID *v.* NEW YORK STATE NARCOTICS ADDICTION CONTROL COMMISSION. Ct. App. N. Y. Certiorari denied.

No. 76–1006. OSTRER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1010. ALLEGHENY COUNTY INSTITUTION DISTRICT, DBA JOHN J. KANE HOSPITAL *v.* MARSHALL, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 76–1053. MCCASLIN, DBA TAX MAN *v.* H & R BLOCK, INC. C. A. 5th Cir. Certiorari denied.

No. 76–1068. COMINS *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 76–1074. DICKERSON *v.* CERMEL-LUFT INSURANCE AGENCY, INC. Sup. Ct. Ohio. Certiorari denied.

No. 76–1089. MARGOLES *v.* JOHNS ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–1094. OHIO INNS, INC. *v.* NYE, DIRECTOR, DEPARTMENT OF NATURAL RESOURCES OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–1097. ARIZONA WHOLESALE SUPPLY CO. *v.* ITULE. C. A. 9th Cir. Certiorari denied.